Jonathan R. Bass
Direct:  415.772.5726
Email:  jbass@coblentzlaw.com

February 6, 2009

Magistrate Judge Bernard Zimmerman
U.S. District Court
Northern District of California
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102-3483

    Re:   <u>*Andre-Boudin Bakeries, Inc. v. San Francisco Sourdough Eatery, Inc.*</u>
           USDC Northern District of California, Case No. C-08-04480-BZ

Dear Judge Zimmerman:

    This firm is counsel to the plaintiff in this action.  The parties have reached an agreement to settle the matter, and we are awaiting signatures on the settlement document.  A Case Management Conference is scheduled for Monday, February 9, 2009 at 4:00 p.m.  If the Court is willing to continue the CMC for three weeks, I am confident that the action will be dismissed in the meantime.

    I will contact your Clerk on Monday to learn whether the Court will require our appearance.

Very truly yours,

/S/

Jonathan R. Bass

JRB:aa

cc:   Mark W. Hendricksen, Esq.
       Nate A. Garhart, Esq.

03225.005.1059539v1



The Case Management Conference has been continued to March 2, 2009 at 4:00p.m. before Magistrate Judge Bernard Zimmerman in Courtroom G, on the 15th Fl.